UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CURTIS JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:13-cv-1378-TWP-MJD |
| | ) | |
| COOKE , et al., | ) | |
| | ) | |
| Defendants. | ) | |

**Entry Awarding Damages and Directing Entry of Final Judgment**

The Court has previously entered default judgment against defendants Casey Cooke and Christopher Aydt on the issue of their liability to plaintiff Curtis Jackson on his claims against them. Dkt. 140 and 141. The Court then directed Jackson to provide evidence of his damages and explained that Cooke and Aydt should respond to the amount of damages alleged. Jackson provided a claim for damages on May 26, 2016. Dkt. 143. The defendants did not respond to this claim for damages. Then, upon consideration of Jackson's claim for damages, the Court determined that the claim was not specific enough to allow an award of damages. The Court therefore provided Jackson with a further opportunity to provide evidence of his damages. Dkt. 151. The Court again provided the defendants with an opportunity to respond to Jackson's evidence of damages. *Id.* The defendants have not done so and Jackson's claim for damages is now under consideration.

In his claim for damages, Jackson claims that, as a result of the defendants' conduct, he suffers from the following: (1) a twitch in his eye; (2) increased sensitivity to light; (3) constant pain in his neck which prevents him from physical labor and exercise and which may require

surgery; (4) recurring headaches; and (5) emotional distress including distrust and fear of law enforcement officers.

Having previously issued a default judgment as to liability against defendants Cooke and Aydt, and based on a consideration of these injuries, which are undisputed by the defendants, and which the Court finds to be sufficient and specific to allow the Court to reach an award, the Court now finds that Jackson is entitled to compensatory damages against Cooke and Aydt, and each of them, in the amount of $35,000. This is the only relief to which the Court finds Jackson to be entitled.

Final Judgment consistent with this Entry and with the default issued on May 12, 2016, shall now issue. Jackson is awarded his costs.

**IT IS SO ORDERED.**

Date: 9/12/2016

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Curtis Jackson
973802
Pendleton Correctional Facility
Electronic Service Participant – Court Only

Cooke
2500 E. Cotton Dr.
Pimento, IN 47866

Christopher Aydt
215 Meridian St.
Worthington, IN 47471